UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT C. MCGEE, : CIVIL ACTION NO. 3:CV-11-2296

    Petitioner : (Judge Nealon)

v. :

BRIAN V. COLEMAN, :

    Respondent :

### ORDER

**NOW, THIS 27th DAY OF JANUARY, 2012,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed in forma pauperis (Doc. 4) is **GRANTED** only for the purpose of filing the petition.

2. The petition is **DEEMED WITHDRAWN** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

*[signature]*

**United States District Judge**

FILED
SCRANTON
JAN 27 2012
PER _____ DEPUTY CLERK